SEAN P. FLYNN (SBN: 15408)
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email:  sflynn@grsm.com
Attorney for Defendant
I.Q. DATA INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOPHIA MOORE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>I.Q. DATA INTERNATIONAL, INC., et al.,<br><br>                    Defendants. | CASE NO.: 2:26-cv-00137-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: January 21, 2026<br><br>Current Response Date:<br>February 23, 2026<br><br>Proposed New Response Date:<br>March 16, 2026 |

Counsel for Defendant, I.Q. Data International, Inc. ("Defendant IQ Data"), and Counsel for Plaintiff Sophia Moore (hereinafter "Plaintiff"), hereby stipulate to extend the time for Defendant IQ Data to respond to Plaintiff's Complaint, filed on January 21, 2026, and served on Defendant IQ Data on February 2, 2026 (ECF No. 8). The Parties are actively engaged in ongoing negotiations to resolve this matter and believe the additional time would adequately facilitate the negotiations.

Defendant IQ Data's response is currently due on February 23, 2026. Therefore, the Parties request Defendant IQ Data's deadline be extended by an additional 21 days to March 16, 2026.

This is the Parties' first request for a court order extending time for Defendant IQ Data to

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

respond to the Complaint. This request is made in good faith and is not being made to delay these proceedings. Moreover, as stated above, the requested additional time may help facilitate settlement negotiations.

IT IS SO STIPULATED.

Dated:  February 20, 2026

GORDON REES SCULLY MANSUKHANI, LLP


By:   *s/Sean P. Flynn*
Sean P. Flynn
Attorney for Defendant
I.Q. Data International, Inc.

Dated:  February 20, 2026

LAW OFFICE OF KEVIN L. HERNANDEZ


By:   *s/Kevin L. Hernandez*
Kevin L. Hernandez
Attorney for Plaintiff
Sophia Moore

**ORDER**

IT IS SO ORDERED:

Dated: February 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV  89501

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT