Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOPHIA MOORE, | Case No.: 2:26-cv-00137-JCM-NJK |
| Plaintiff, | |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC; | **STIPULATION AND ORDER OF DISMISSAL OF IQ DATA INTERNATIONAL, INC. WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Sophia Moore ("Plaintiff") and Defendant, I.Q. Data International, Inc. ("IQD") (Plaintiff and IQD are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against IQD with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs incurred

///

///

///

///

Page 1 of 2

in this action.

Respectfully Submitted.

Dated: May 7, 2026

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

By: */s/ Kevin L. Hernandez*
    Kevin L. Hernandez, Esq.
    Nevada Bar No. 12594
    *Attorney for Plaintiff*

Dated: May 7, 2026

**GORDON REES SCULLY
MANSUKHANI, LLP**

By: */s/ Sean P. Flynn*
    Sean P. Flynn, Esq.
    Nevada Bar No. 15408
    *Attorney for I.Q. Data International, Inc.*

**<u>ORDER OF DISMISSAL OF I.Q. DATA INTERNATIONAL, INC. WITH PREJUDICE</u>**

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against I.Q. Data International, Inc. are hereby dismissed with prejudice. Plaintiff and I.Q. Data International, Inc. will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: May 11, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408